UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PHILIP HARRINGTON,

Defendant.

Crim. Action No.  08-336
(CKK)

**FILED**

MAR 1 3 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation

dated December 2, 2008, signed by Magistrate Judge John M. Facciola. No objections to the

Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _13_ day of March, 2009, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge